AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>JAMES BRADLEY NOBLE<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)    Case No.   MJ26-388<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JAMES BRADLEY NOBLE_____ ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ☑ Complaint

❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

Interference with Flight Crew Members and Attendants, Title 49, United States Code, Section 46504

Date:     06/20/2026

_____
*Issuing officer's signature*

City and state:     Seattle, Washington

The Hon. Brian A. Tsuchida, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  6/20/26   , and the person was arrested on *(date)*  6/19/26
at *(city and state)*    SEATac  WA   .

Date:  6/22/26

_____
*Arresting officer's signature*

SA  John Smith
*Printed name and title*